# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID CALHOUN,                  :           CIVIL ACTION
                 Plaintiff,     :
                             :           NO.  08-458
                             :
              v.                 :
                             :
LAWRENCE F. MURRAY, et al.,     :
                 Defendants.    :

## MEMORANDUM AND ORDER

Before the court are two motions of plaintiff.  The motion to amend is futile and will be denied.

The motion for court assistance will be granted to the extent that the original complaint will be amended so that the caption reflects the correct Secretary of the Pennsylvania Board of Probation and Parole, and the U.S. Marshal will be directed to serve the complaint on Cynthia Daub.

An order follows:

**AND NOW**, this 17th day of September, 2008, it is hereby **ORDERED** that plaintiff's motion to amend (Docket No. 14) is **DENIED**.  Plaintiff's motion for court assistance (Docket No. 13) is **GRANTED** as follows:

The caption of this case is amended to read:

*David Calhoun*
       *v.*
*Cynthia Daub, Secretary of the Pennsylvania Board*
 *of Probation and Parole, et al.*

The U.S. Marshal is hereby directed to serve a copy of the original complaint to:

       Cynthia Daub
       Secretary of the Pennsylvania Board
        of Probation and Parole, et al.
       101 S. Front Street, Suite 5300
       Harrisburg, PA  17104

IT IS SO ORDERED.


BY THE COURT:



*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.