IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CALHOUN | : |
|       Plaintiff, | :    CIVIL ACTION |
| v. | : |
| KENYA MANN, JOEL GOLDSTEIN, and CYNTHIA DAUB, | :    NO. 08-458 |
|       Defendants. | : |

## ORDER

**AND NOW**, this 12th day of May, 2009, upon consideration of the Plaintiff's Motion for Reconsideration (Doc No. 46) and the Response of Defendants Mann and Goldstein (Doc. No. 47) it is hereby **ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.